IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL G. RYAN, | : | |
| | : | 4:10-cv-1425 |
| Petitioner, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Thomas M. Blewitt |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## ORDER

## August 31, 2010

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Report and Recommendation dated August 4, 2010 (Doc. 5) is **ADOPTED** in part and **REJECTED** in part to the extent set forth in our Memorandum of today's date.

2. Plaintiff's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

3. Plaintiff's Motion for *in forma pauperis* (Doc. 2) is **DENIED**.

4. The Clerk of Court is directed to **CLOSE** this case.

                                                 s/ John E. Jones III
                                                 John E. Jones III
                                                 United States District Judge